JS-6

Note: Changes Made by Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Orland Sylve,**

      Plaintiff,

    v.

**Satsai Hotel Investment Corp.**, a
California Corporation;
and Does 1-10,

      Defendants.

Case 2:19-CV-05628-JFW-JEM

**Judgment**
(re: Default Judgment)

    Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Orland Sylve shall have JUDGMENT in his favor for $4,000.00 in statutory damages and $4,892.50 in attorneys' fees and costs against defendant Satsai Hotel Investment Corp. Additionally, Satsai Hotel Investment Corp. is ordered to provide an accessible sales counter at the Budget Inn Bellflower motel located at 17111 Clark Avenue, Bellflower, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: June 15, 2020    By:_____
                     United States District Judge

1